COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| WILLIAM D. ABRAHAM, | § | No. 08-22-00079-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| RON ACTON, DEBBIE ACTON, AARK INVESTMENTS LP, FEDERICO FERNANDEZ AND CAROL FERNANDEZ, | § § § | of El Paso County, Texas (TC# 2016DCV2081) |
| Appellee. | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **December 9, 2022.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Stephen G. Peters, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 9, 2022.

IT IS SO ORDERED this 7th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.

1